JARRARD *et al. v.* WILDES.

DUCKWORTH, Chief Justice. Neither the application for the processioning of an alleged disputed land line nor the protest thereto make a case "respecting title to land," nor does the case otherwise come within the jurisdiction of this court, and, accordingly, it must be transferred to the Court of Appeals. Code (Ann.), §§ 2-3704, 2-3708; *Elkins* v. *Merritt,* 146 *Ga.* 647 (92 S. E. 51); *Pearre* v. *Wilkinson,* 181 *Ga.* 619 (183 S. E. 626); *Edenfield* v. *Lanier,* 203 *Ga.* 348 (46 S. E. 2d, 582); *Ledford* v. *Hill,* 206 *Ga.* 304 (57 S. E. 2d, 77).

*Transferred to the Court of Appeals. All the Justices concur, except Atkinson, P.J., not participating.*

No. 17927. SUBMITTED JULY 14, 1952—DECIDED JULY 15, 1952.

*Bennett, Pedrick & Bennett,* for plaintiffs in error.